IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| PAT HUDDLESTON II, not in his individual capacity but as the court appointed Receiver for the assets of Nations Warranty Group, Inc. and JW & P Consulting, LLC., <br><br>              Plaintiff, <br><br> v. <br><br> KANDICE BLAKELY, PETER BREESE, DAVID PAUL BROWN, JANET BROWN, SHANE CRABTREE, JAMES DAVIS, JIM DEBETTA, JULIA DUGGER, FALCONS CREST FOUNDATION, DAVE FRIEDMAN, DEAN HOBBS, WILLIAM HOBSON, JONATHON LOUDERMILK, RACHEL A. MCGREW, DOUGLAS MIKULA, COREY MILLER, ROBERT POWELL, VICTOR POWELL, PHILLIP PRICKETT, JUSTIN SHEPPARD, CHASE SHUMAN, JONATHON THOMPSON, VERDURE TECHNOLOGIES INC., DON WISEMAN, LYNN WISEMAN, TIMOTHY WOODWARD, POLLY ZIEAMMERMAN, | CIVIL ACTION NO. <br><br> 1:10-CV-4125 |

1

| | |
|---|---|
| Defendants. | |

## ORDER APPROVING SETTLEMENT AGREEMENT

Pat Huddleston II (the "Receiver") has filed a *Motion to Approve Settlement* regarding claims against Jonathan Loudermilk. It appearing to this Court that the proposed settlement is in the best interest of the Receivership Estate and that the Receiver has the authority to enter into and effectuate such settlement, the Receiver's motion is GRANTED.

SO ORDERED this <u>27th</u> day of <u>  June  </u>, 2011.

/s/Charles A. Pannell, Jr.
Charles A. Pannell, Jr.
United States District Judge

Prepared and submitted by:

_____
Eric Teusink
Attorney for Receiver
Georgia Bar No. 781156

WILLIAMS TEUSINK
125 E. Trinity Place, Suite 300
Decatur, Georgia 30030
Telephone: (404) 373-9590
Facsimile: (404) 378-6049
eteusink@williamsteusink.com