IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| PAT HUDDLESTON II, not in his individual capacity but as the court appointed Receiver for the assets of Nations Warranty Group, Inc. and JW & P Consulting, LLC,<br><br>Plaintiff,<br><br>v.<br><br>KANDICE BLAKELY, et al.,<br><br>Defendants. | CIVIL ACTION NO.<br><br>1:10-CV-4125-CAP |

## ORDER

Having considered the Joint Motion For The Dismissal With Prejudice Of Plaintiff's Claims Against Defendant Robert Powell Only And Of All Counterclaims Against Plaintiff Asserted By Defendant Robert Powell Only, and for good cause shown, it is hereby GRANTED.

So Ordered, this  9th  day of  August , 2011.

/s/Charles A. Pannell, Jr.
Charles A. Pannell, Jr.
United States District Judge

4