UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| PATT HUDDLESTON II as receiver for Nations Warranty Group, Inc. and JW&P Consulting, LLC., <br><br>  Plaintiff, <br><br> vs. <br><br> KANDACE BLAKLEY, et al., <br><br>  Defendants. | CIVIL ACTION FILE <br><br> NO. 1:10-cv-4125-CAP |

### DEFAULT JUDGMENT

The defendants, having failed to plead or otherwise to defend in this action and default having been duly entered, and the Court, Charles A. Pannell, Jr., United States District Judge, by order of January 25, 2012, having directed that judgment issue in favor of Plaintiff and against the Defendants, it is hereby

**ORDERED AND ADJUDGED**, that the Plaintiff PATT HUDDLESTON II as receiver for Nations Warranty Group, Inc. and JW&P Consulting, LLC., recover $11,070.00 from Defendant James Davis, $2,025.00 from Defendant Don Wiseman, $3,100.00 from Defendant Falcon Crest Foundation, $3,000.00 from Defendant Jim DeBetta, $2,025.00 from Defendant Lynn Wiseman, $5,430.00 from Defendant Phillip Prickett, $3,376.00 from Defendant Shane Crabtree, and 11,430.00 from Defendant Jonathan Thompson, plus interest at the rate of .11%.

Dated at Atlanta, Georgia this 25th day of January, 2012.

                                                JAMES N. HATTEN
                                                CLERK OF COURT

                                By:    s/ James Jarvis
                                            Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
   January 26, 2012
James N. Hatten
Clerk of Court

By:    s/ James Jarvis
        Deputy Clerk