```
              UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF GEORGIA
                     ATLANTA DIVISION
```

PAT HUDDLESTON II as receiver
for Nations Warranty Group,
Inc. and JW&P Consulting, LLC,

      Plaintiff,

  v.

KANDICE BLAKELY, et al,

      Defendants.

CIVIL ACTION

NO. 1:10-CV-4125-CAP

**O R D E R**

This matter is before the court following the plaintiff's status update [Doc. No. 117]. In it, the plaintiff represents that he is abandoning his claims against Defendants Kandice Blakely, Julia Dugger, Corey Miller, and Timothy Woodward. Accordingly, the plaintiff's claims against these defendants are DISMISSED.

He also represents that he is ready to proceed to trial against Defendants Peter Breese, David Paul Brown, Janet Brown, Dave Friedman, Dean Hobbs, and William Hobson. Accordingly, the remaining parties are DIRECTED to submit a proposed pretrial order as contemplated in Civil Local Rule 16.4 on or before May 1, 2012. Because the defendants are unrepresented, each party may submit a separate proposed pretrial order.

Finally, the court admonishes that failure to comply with this order may result in dismissal or an entry of default judgment. *See* Civil Local Rule 41.3.

SO ORDERED, this 3rd day of April, 2012.

                                      /s/ Charles A. Pannell, Jr.
                                      CHARLES A. PANNELL, JR.
                                      United States District Judge