IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| PAT HUDDLESTON II, not in his individual capacity but as the court appointed Receiver for the assets of Nations Warranty Group, Inc. and JW & P Consulting, LLC,<br><br>Plaintiff,<br><br>v.<br><br>KANDICE BLAKELY, et al.,<br><br>Defendants. | CIVIL ACTION NO.<br><br>1:10-CV-4125-CAP |

**ORDER**

Having considered the Joint Motion For The Dismissal With Prejudice Of Plaintiff's Claims Against Defendant William Hobson Only And Of All Counterclaims Against Plaintiff Asserted By Defendant William Hobson Only, and for good cause shown, it is hereby GRANTED.

1

2

So Ordered, this   15th   day of    June   , 2012.

/s/Charles A. Pannell, Jr.
Charles A. Pannell, Jr.
United States District Judge

Prepared and submitted by:

s/ Eric Teusink
Eric Teusink
Attorney for Receiver
Georgia Bar No. 781156

WILLIAMS TEUSINK
125 E. Trinity Place, Suite 300
Decatur, Georgia  30030
Telephone:  (404) 373-9590
Facsimile:  (404) 378-6049
eteusink@williamsteusink.com