IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| PAT HUDDLESTON II, not in his individual capacity but as the court appointed Receiver for the assets of Nations Warranty Group, Inc. and JW & P Consulting, LLC,<br><br>Plaintiff,<br><br>v.<br><br>KANDICE BLAKELY, et al.,<br><br>Defendants. | CIVIL ACTION NO.<br><br>1:10-CV-4125-CAP |

## ORDER

Defendant Janet Brown having failed to timely file a proposed pretrial order as directed by this Court on April 3, 2012, and this Court having reviewed Plaintiff Pat Huddleston's *Motion for Default Judgment and Determination of Damages Against Defendant Janet Brown* (the "Motion"), the *Memorandum in Support of Motion for Default Judgment and Determination of Damages Against Defendant Janet Brown* (the "Memorandum"), and the *Affidavit of Pat Huddleston in Support*

1

*of Motion for Default Judgment Against Defendant Janet Brown* (the "Affidavit"), and upon review of the record of this case and for good cause shown, the Plaintiff Pat Huddleston is entitled to default judgment against Defendant Janet Brown in the amount of $5,400.00.

Accordingly, the Motion is GRANTED. Default judgment is hereby entered against Defendant Janet Brown in the amount of $5,400.00.

SO ORDERED this 6th day of July, 2012.

/s/Charles A. Pannell, Jr.
Charles A. Pannell, Jr.
United States District Judge

Prepared and submitted by:

WILLIAMS TEUSINK, LLC

**s/ Eric Teusink**
Eric Teusink
Georgia Bar No. 781156

WILLIAMS TEUSINK, LLC
125 E. Trinity Place, Suite 300
Decatur, Georgia 30030
Telephone: (404) 373-9590
Facsimile: (404) 378-6049

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2012 I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all parties registered with CM/ECF.

I hereby certify that I have mailed by United States Postal Service the foregoing document to the following non-CM/ECF participants:

Peter Breese
4210 Long Branch Drive
Marietta, GA 30060-1511

David Paul Brown
15003 Cedar Heights Rd
North Little Rock, AR 72118-1289

Janet Brown
15003 Cedar Heights Rd
North Little Rock, AR 72118-1289

Dave Friedman
1270 Walton Ln
Cookeville, TN 38501

William Hobson
104 Cedar Heights Ct.
Sanford, FL 32771

This 12th day of June, 2012.

                                       **WILLIAMS TEUSINK, LLC**

Williams Teusink, LLC         **s/ Eric Teusink**
125 E. Trinity Place, Suite 300    Eric Teusink
Decatur, GA 30030             Attorney for Receiver
404-373-9590 – office          Georgia Bar No. 781156
404-378-6049 – facsimile
eteusink@williamsteusink.com

## CERTIFICATE OF COUNSEL

I hereby certify that this document is submitted in Times New Roman, fourteen (14) point font as approved by N.D. Ga. Local Rule 5.1(b).

                                       **WILLIAMS TEUSINK, LLC**

Williams Teusink, LLC         **s/ Eric Teusink**
125 E. Trinity Place, Suite 300    Eric Teusink
Decatur, GA 30030             Attorney for Receiver
404-373-9590 – office          Georgia Bar No. 781156
404-378-6049 – facsimile
eteusink@williamsteusink.com