UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| PAT HUDDLESTON II, not in his individual capacity but as the court appointed Receiver for the assets of Nations Warranty Group, Inc. and JW & P Consulting, LLC,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>KANDICE BLAKELY, et al.,<br><br>　　　　　　Defendants | CIVIL ACTION FILE<br><br>NO. 1:10-cv-4125-CAP |

## **DEFAULT JUDGMENT**

　　The defendant JANET BROWN, having failed to plead or otherwise to defend in this action and default having been duly entered, and the Court, Charles A. Pannell, Jr., United States District Judge, by order of July 6, 2012, having directed that judgment issue in favor of plaintiff and against the defendant, it is hereby

　　ORDERED AND ADJUDGED, that the plaintiff PAT HUDDLESTON II, recover from the defendant JANET BROWN, the amount of $5,400.00.

　　Dated at Atlanta, Georgia this 6th day of July, 2012.

　　　　　　　　　　　　　　　　　　　　JAMES N. HATTEN
　　　　　　　　　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　　　　By:　s/Andrea Gee
　　　　　　　　　　　　　　　　　　Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
　July 6, 2012
James N. Hatten
Clerk of Court


By: s/Andrea Gee
　　　Deputy Clerk