IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| PAT HUDDLESTON II, not in his individual capacity but as the court appointed Receiver for the assets of Nations Warranty Group, Inc. and JW & P Consulting, LLC,<br><br>Plaintiff,<br><br>v.<br><br>KANDICE BLAKELY, et al.,<br><br>Defendants. | CIVIL ACTION NO.<br><br>1:10-CV-4125-CAP |

### SATISFACTION OF JUDGMENT AS TO DEFENDANT JIM DEBETTA

COMES NOW, Pat Huddleston, II, the court appointed Receiver for Nations Warranty Group, Inc. and JW&P Consulting, LLC, and directs the Clerk of Court, pursuant to N.D. Ga. Local Rule 58.2 to mark the judgment obtained against Jim DeBetta, entered on January 27, 2012 and shown as document no. 109 on the docket, as "PAID AND SATISFIED IN FULL."

1

This 7th day of March, 2014.

        Respectfully submitted,

        WILLIAMS TEUSINK, LLC

        **s/ Eric Teusink**
        Eric Teusink
        Georgia Bar No. 781156

WILLIAMS TEUSINK, LLC
125 E. Trinity Place, Suite 300
Decatur, Georgia  30030
Telephone:  (404) 373-9590
Facsimile:  (404) 378-6049

*Counsel for Plaintiff Receiver*

## CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2014 I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all parties registered with CM/ECF.

I hereby certify that I have mailed by United States Postal Service the foregoing document to the following non-CM/ECF participants:

Jim DeBetta
2694 Bonaire Terrace
Marietta, GA 30066-4768

This 7th day of March, 2014.

                                              WILLIAMS TEUSINK, LLC

                                              **s/ Eric Teusink**
                                              Eric Teusink
                                              Attorney for Receiver
                                              Georgia Bar No. 781156

Williams Teusink, LLC
125 E. Trinity Place, Suite 300
Decatur, GA 30030
404-373-9590 – office
404-378-6049 – facsimile
eteusink@williamsteusink.com

*Counsel for Plaintiff Receiver*