IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>JONATHAN W. MIKULA,<br>JOHN B. CRADDOCK,<br>JW&P CONSULTING, LLC, and<br>NATIONS WARRANTY GROUP, INC.<br><br>Defendants. | CIVIL ACTION NO.<br><br>1:10-CV-4125-CAP |

## PROPOSED ORDER

Having considered Eric Teusink's Motion to Deposit Funds Into Court Registry, and for good cause shown,

It is hereby ORDERED, ADJUDGED, AND DECREED that Eric Teusink be allowed to deposit $2,330.49 into the registry of this Court.

SO ORDERED this 14th day of ___March___, 2014.

/s/Charles A. Pannell, Jr.
Charles A. Pannell, Jr.
United States District Judge

Prepared and submitted by:

WILLIAMS TEUSINK, LLC

**s/ Eric Teusink**
Eric Teusink
Georgia Bar No. 781156

WILLIAMS TEUSINK, LLC
309 Sycamore Street
Decatur, Georgia  30030
Telephone:  (404) 373-9590
Facsimile:  (404) 378-6049