FILED IN CHAMBERS
U.S.D.C. Atlanta

SEP 10 2014

JAMES N. HATTEN, Clerk
By: Don Stanhope
Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| PAT HUDDLESTON II, not in his individual capacity but as the court appointed Receiver for the assets of Nations Warranty Group, Inc. and JW&P Consulting, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>KANDICE BLAKELY, et al.,<br><br>    Defendants. | CIVIL ACTION NO.<br><br>1:10-CV-4125-CAP |

## ORDER

On March 14, 2014, the court granted a motion by the receiver to deposit $2,330.49 in the registry of the court for disbursement [Doc. No. 152]. The funds were deposited into the registry of the court on April 9, 2014, and have remained there since that time. On motion by the Securities and Exchange Commission filed in a related action, *Securities and Exchange Commission v. Mikula*, Case No. 1:08-CV-3097-CAP, the court ORDERS that the clerk of the court is authorized and directed to draw a check on the funds on deposit in the registry of the court in the principal amount of $2,330.49 plus all accrued interest, minus any statutory users fees, payable to the Securities and Exchange Commission, Office of Financial Management,

Securities and Exchange Commission, c/o Enterprise Services Center, Accounts Receivable Branch, 6500 South MacArthur Boulevard, Oklahoma City, OK 73169, under cover of a letter that identifies the caption and case number of this case and the name of this court, and that indicates that the funds are being paid for deposit by the Securities and Exchange Commission into the United States Treasury; and it is hereby ORDERED that upon receipt of such funds, the Securities and Exchange Commission shall promptly remit the funds to the United States Treasury.

**SO ORDERED** this 10 day of September, 2014.

_____
CHARLES A. PANNELL, JR.
United States District Judge

TO THE COURT
It is hereby certified that rule 67 has been complied with and that there is on deposit in the Registry of this Court
PRINCIPAL AMOUNT OF $2,330.49
plus interest of $.02
as of SEPTEMBER 08TH 2014

_____
Deputy Clerk
Financial Intake Section